Exhibit A to the Complaint

**Location:** Charlotte, NC  
**Total Works Infringed:** 103  
**IP Address:** 98.121.226.223  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 17B6B3FAC834DEB5A2BBF5CEC60C09A00F750DE6<br>File Hash:<br>82CA96F3861AC07F707E5168479D49692D9169D2ED75B239390EE27ECA241DD4 | 05-13-2023 01:09:07 | Blacked Raw | 05-09-2023 | 05-14-2023 | PA0002411297 |
| 2 | Info Hash: 1BF2F34E281E566DAC58419CFA78DFE751FF3EC3<br>File Hash:<br>18FD46E06D6FBE7FA6B9DB8EC9B3FD403DADBB4CBE492CC272627C378EFF6EFC | 05-13-2023 00:24:30 | Slayed | 11-08-2022 | 11-24-2022 | PA0002389330 |
| 3 | Info Hash: 14B5D2AE50DADFE9402EAD952F7BA026CCCA9DB4<br>File Hash:<br>EF8B9E2FCDC606FEE1B0C333BF4EB5A9ABADBB54368521403D8D0499FD859F89 | 05-09-2023 12:54:33 | Blacked | 05-06-2023 | 05-15-2023 | PA0002411299 |
| 4 | Info Hash: 14D93F765377FDEF3609AB0E1967F1986300BE0D<br>File Hash:<br>4608B68F9919663F22DA9A80B1DC5358D39ED1B0B6B0DAD9D9F130234F4D13F6 | 05-09-2023 12:05:58 | Vixen | 05-05-2023 | 05-15-2023 | PA0002411290 |
| 5 | Info Hash: 583EDCC72A8D72F8980D91AB2558AF1883F861E9<br>File Hash:<br>2E0D08867BE994D2978A56910F1B2125341249E60268D98A164F9A435C92FB7A | 05-05-2023 02:36:59 | Tushy | 04-30-2023 | 05-14-2023 | PA0002411311 |
| 6 | Info Hash: 9FFCED937FD778CF279DA24C99D36A3F5485506F<br>File Hash:<br>3ABC30B61CBE246BB01C88B86E4EE0C14EC562B7845CA992EDD02138658D30C5 | 05-03-2023 01:33:44 | Blacked Raw | 04-29-2023 | 05-14-2023 | PA0002411313 |
| 7 | Info Hash: AD9F7C1E2F1933161941EE682949DF78C07B3F02<br>File Hash:<br>3EF00AC95949931A21105A8A7F492398EFD1416634149518F896A9C0A66A13F0 | 04-30-2023 15:54:09 | Vixen | 04-28-2023 | 05-15-2023 | PA0002411258 |
| 8 | Info Hash: 0ED68E498149E0F9802D81B4C03685719DA8D8BE<br>File Hash:<br>C61F364B290328AE4980465242E9686A2319F1E7700464305189749F9F12303B | 04-29-2023 05:15:30 | Blacked Raw | 04-24-2023 | 05-14-2023 | PA0002411259 |
| 9 | Info Hash: D9D4959890E17E062486022D09BABCEC3F150481<br>File Hash:<br>0F1E8932199B6E3DA18389FC821E05D3A637B731FD5CAB7ECA60A329A4677EED | 04-27-2023 01:42:00 | Blacked | 04-22-2023 | 05-15-2023 | PA0002411285 |
| 10 | Info Hash: 77621AE2746D0987B9EF370B6A254F47922B8E7C<br>File Hash:<br>147D12D99A636455306D7C614BC97F0850993A7ADB54E13D43E17AAB0BF5C9A4 | 04-27-2023 01:08:11 | Tushy | 04-23-2023 | 05-14-2023 | PA0002411314 |
| 11 | Info Hash: D2210F1B20B4FE03E00B764DA3A2CAA374E6C905<br>File Hash:<br>89322DE5B166426FC8184067AB78DF6BF85DA59E68AC5A8E8DAEB790FB0D3384 | 04-25-2023 04:10:07 | Vixen | 04-21-2023 | 05-15-2023 | PA0002411310 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: DCA4BC44A713CB12C83B8697C3FC37EE032F1FEE<br>File Hash:<br>400D37001FCCA3B32A98DF4E00644701CD44615B19CE8832ACEBB577F4BE6237 | 04-23-2023 03:13:08 | Blacked Raw | 04-19-2023 | 05-14-2023 | PA0002411264 |
| 13 | Info Hash: 2D43246E337D836FBDA1D3C9D1B574B067658953<br>File Hash:<br>982099D4D8CBB068D78FEE4FF47B9E350092FA563CED821BDC86E6B2D8A893CC | 04-19-2023 04:22:20 | Blacked | 04-15-2023 | 05-15-2023 | PA0002411295 |
| 14 | Info Hash: E70EB5B746E398132C3E7F77957E806A4D5584F9<br>File Hash:<br>38383C3B64F8835C1AE094B064FAC2D7A8F53E04CDC6727396B7B5693E9E0287 | 04-17-2023 22:03:19 | Blacked Raw | 04-14-2023 | 05-14-2023 | PA0002411257 |
| 15 | Info Hash: BBB1B1ECA6602867DD94D70DECF0D1CBFD973642<br>File Hash:<br>C7972181EE2E3720ACB00992C0EE0C2C7BF7D7960DB5D1F27D62689DD3F71E17 | 04-17-2023 21:48:04 | Vixen | 04-14-2023 | 05-15-2023 | PA0002411265 |
| 16 | Info Hash: 9F35DF45936488FCB0D2AE93448A92EDFB700D6E<br>File Hash:<br>2B575622DFF0E12494298DF48C2FDF98F3CD5BAD4080C51DB3306725F7E260AE | 03-23-2023 00:11:04 | Blacked | 03-18-2023 | 04-07-2023 | PA0002405751 |
| 17 | Info Hash: E923F55D4F2B4BA9487F02A06B3CDAB88524BC66<br>File Hash:<br>11ECA10EDD6E7EC19342F6F3A8E2A78DCBF42E6873912BEF406056294ACF763D | 02-09-2023 01:41:57 | Tushy | 02-05-2023 | 03-07-2023 | PA0002400315 |
| 18 | Info Hash: C9A72732FEBB74733EDD151CF3780EDFA51B8C5D<br>File Hash:<br>93FE1B666F40C7895FB80CCEC3129FEBE83633485400CACA1819FDD8C0F48FD9 | 02-07-2023 13:22:49 | Blacked | 02-04-2023 | 03-07-2023 | PA0002400314 |
| 19 | Info Hash: E186257E03D7808AE25CD2C5E7A53D770AF886B0<br>File Hash:<br>D8016B4CD0452C2277789D7737ABC8233AE5FD1EC77379B66C6C079D2B896AAC | 02-07-2023 00:46:59 | Vixen | 02-03-2023 | 03-07-2023 | PA0002400312 |
| 20 | Info Hash: 9F8FAFCCD43E965479F3E50B77C2B49F1182762B<br>File Hash:<br>546BCB922FC4DDF5EF23A157B572F4CD6F393010F6AA227E85AFEC8A9CB7BB97 | 01-25-2023 03:17:10 | Slayed | 08-09-2022 | 10-05-2022 | PA0002378461 |
| 21 | Info Hash: 81962C73668245D74F4D08BC5B7242357C0951A6<br>File Hash:<br>5D1D446F7FA0D8F334EB22D33BC100580197B327859F14448E0EEA41230C7FBF | 01-24-2023 05:57:06 | Blacked | 01-21-2023 | 01-27-2023 | PA0002393070 |
| 22 | Info Hash: 319796DA8370869ED5FA260DBFAFBD6B061B0AAF<br>File Hash:<br>D92ABD160F305A9343A49DEBC3574525C5A5F623702D70F531B2B4F42F4AE8D3 | 01-22-2023 18:31:37 | Vixen | 01-20-2023 | 01-27-2023 | PA0002393071 |
| 23 | Info Hash: AAF6DC5BA0AAD0F77A198B232E0C43C4BEA81F4D<br>File Hash:<br>6A89B7B84A8C79E6EE497AC846DDCDFD695453F7145682CFA6F97A2C338AC2C8 | 01-21-2023 05:43:34 | Blacked Raw | 01-19-2023 | 01-27-2023 | PA0002393081 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: BE70E6F34B31B536E66B66420BA6C7849BACC02E<br>File Hash:<br>3E2A0C4E5EF14F55C83065DECE87A30290E9BC781428D52C7D24890343A75BD9 | 01-20-2023 03:43:50 | Slayed | 08-02-2022 | 08-10-2022 | PA0002370902 |
| 25 | Info Hash: 899AF81AEAE442CFF185F64D75810BA04F8CFCB2<br>File Hash:<br>8D77B00611453148A1A4F389900633F5C31EAD317CA050580B2861F1C59A2FB3 | 01-16-2023 14:59:01 | Blacked Raw | 01-14-2023 | 01-27-2023 | PA0002393084 |
| 26 | Info Hash: 32C7AB876B137BF74CE7323BFC473222903F16B0<br>File Hash:<br>30D93A3E9AA93AE378052299555214F5AB4812974BE4C8629C25C954678C16AA | 01-16-2023 14:39:53 | Blacked | 01-14-2023 | 01-27-2023 | PA0002393079 |
| 27 | Info Hash: FD0A6A0208C999DBF4EC9B28FC0ECC7EB90801C1<br>File Hash:<br>DFA73174B98FECFD5BB37B15D8F4BC95AB92F96CA354D64D95D96BCF32803027 | 01-15-2023 22:28:46 | Vixen | 01-13-2023 | 01-27-2023 | PA0002393077 |
| 28 | Info Hash: F41EBF8EB4923CA678DBF66F0E6893C7AF437F8B<br>File Hash:<br>D84D17C209422E83D374F55324EB0BF62AB95954AEF43205E73A8BB72DA9F65F | 01-11-2023 14:42:34 | Blacked Raw | 01-09-2023 | 01-27-2023 | PA0002393075 |
| 29 | Info Hash: A5243AD3B731DDCB85B9B26787D704D8FBD95749<br>File Hash:<br>4701AFFF539EB6035A0426FF57A177DDEFDB88975920C4D9646001AB96A39CB4 | 01-09-2023 14:38:22 | Blacked | 01-07-2023 | 01-27-2023 | PA0002393078 |
| 30 | Info Hash: 1BFB4E223BDA6325076B2417BE3813C2FF957FFC<br>File Hash:<br>CD64088FAF72256A83663246BD42219BA7A9FCC7D45A73D63236DC7AA9FAB0C0 | 01-08-2023 17:45:02 | Vixen | 01-06-2023 | 01-27-2023 | PA0002393080 |
| 31 | Info Hash: 6252B31B911F555C1913BA8CA26C73AC3D3C397C<br>File Hash:<br>B22813B0BA7CA0B3646CA7644D14A7A07DB4649615B762C6C06FAAE530F1D3CE | 01-04-2023 15:11:20 | Tushy | 01-01-2023 | 01-10-2023 | PA0002389579 |
| 32 | Info Hash: FEFB17CD157D5637C50AE1709D3D182D40A90263<br>File Hash:<br>F9076A40DEE60606FCC11FED18EA3CFA04D33EAAFB5B722E0E2310DD9DF9817D | 01-04-2023 03:16:39 | Blacked | 12-31-2022 | 01-10-2023 | PA0002389580 |
| 33 | Info Hash: 016060D8A4B8B3C9CC6FC28CF3DEEDCE8E623DDF<br>File Hash:<br>4558EDD1590214488F491A6615974CB332ADDCA54BE588A7C233A7D69317B0A4 | 01-03-2023 06:57:59 | Blacked Raw | 12-30-2022 | 01-09-2023 | PA0002389573 |
| 34 | Info Hash: 62F44792B3F0A06152C9B94C39BE49E31AEBFE90<br>File Hash:<br>7EF2B0859D4792145C992CC072944A2629002AEDB00BE47F8D854D2776E9F110 | 01-01-2023 16:25:21 | Vixen | 12-30-2022 | 01-10-2023 | PA0002389585 |
| 35 | Info Hash: 7ED92D8AA22B261BCDB57F37297A623FE1F9F060<br>File Hash:<br>F82F1D943C014372D82E7D4C79F34CB619AE968AA2EF2461F5B32E85D9E7422A | 12-19-2022 07:57:10 | Blacked | 12-17-2022 | 01-10-2023 | PA0002389619 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 0DF2E85606A30AA5123FEE3EFB92D5A5859F9DDB<br>File Hash:<br>47D3F6164ABD26184975B292F41AB7172747402DE2121E7F72272BA45DC9B7B4 | 12-18-2022 17:31:35 | Vixen | 12-16-2022 | 01-10-2023 | PA0002389621 |
| 37 | Info Hash: BCD411C9E1E720833E3464513F7B325CC46B678E<br>File Hash:<br>5296492B1136316788DCF7D420B0EA8D800ECB55ADC05072438FFC4FF8C170BB | 12-18-2022 05:00:09 | Blacked Raw | 12-15-2022 | 02-21-2023 | PA0002400999 |
| 38 | Info Hash: 5B898718B15B70CA4FEB83925EBE4524B6E042B0<br>File Hash:<br>B6FEC8244B4400064D5C81DEE5EA5078C9DAB6C34333E46D0F40B2985EDBA2F2 | 12-13-2022 01:32:13 | Blacked | 12-10-2022 | 01-10-2023 | PA0002389588 |
| 39 | Info Hash: 07D7A0268FF305FC596921D0686F5571A4643EC1<br>File Hash:<br>0A208DB93149FD634D150179A8FF6CA7F5A82E8BD8983B93F98CD5956D8822D2 | 12-10-2022 18:11:55 | Slayed | 06-14-2022 | 07-21-2022 | PA0002367489 |
| 40 | Info Hash: 62796E2992EEDFA45A749579C18CEC06177A8192<br>File Hash:<br>1EECB89AE7A2CDF33481E26B5172AB19B8B99472CF0D6BCB18E3E96E6615E7BF | 12-07-2022 13:44:30 | Blacked Raw | 12-05-2022 | 01-10-2023 | PA0002389624 |
| 41 | Info Hash: 9D45680EAA811134A872DA4E5BE7BE3D8CCB44B9<br>File Hash:<br>DF768B4B022C8410DAE34D167783B4CBD6C3790064DA02532D048398BB3DB70D | 12-05-2022 23:11:03 | Blacked | 12-03-2022 | 01-10-2023 | PA0002389627 |
| 42 | Info Hash: 466065EA4AB39EEABD640000133F80506D14BB10<br>File Hash:<br>BE487BD353B8B878A20462C9A29EA5ED87180D93111A998365F2F0E1AC6E3C27 | 12-04-2022 18:34:08 | Vixen | 12-02-2022 | 02-21-2023 | PA0002401003 |
| 43 | Info Hash: 077B8CDBE54EA6F77389D5A814D9F84D82BD4E5C<br>File Hash:<br>B724F4670670D7AE28D5B4F8A6C952916EE20BE51E0CBEEC809AC9C36CD78AB1 | 12-02-2022 00:35:52 | Slayed | 05-31-2022 | 06-09-2022 | PA0002361663 |
| 44 | Info Hash: 28EDF2C62BADD8B3118351281610A387E51675A4<br>File Hash:<br>9E0B763F054683E00B053153692896D4087A9C22C2D32CF3E0D45C47940A3A3A | 11-30-2022 04:10:41 | Blacked | 11-26-2022 | 12-11-2022 | PA0002384739 |
| 45 | Info Hash: ED3B56B1959F0B233F3A1634827EA46BE58C2270<br>File Hash:<br>6DBC8300EBF9F88EF8A543F4F5BA53F488520D0D69E504761FF101F72BAF0F77 | 11-28-2022 14:24:34 | Vixen | 11-25-2022 | 12-11-2022 | PA0002384729 |
| 46 | Info Hash: 6CAD1015EC2345427FF2806E809D4C9788F3F417<br>File Hash:<br>F545835CACC5A6C709ADAC1FDDC947A4C3BF0633AF66E79FE1A5C264AE75E2C9 | 11-23-2022 00:41:55 | Blacked Raw | 11-20-2022 | 12-11-2022 | PA0002384733 |
| 47 | Info Hash: CC9940611BC3E245EB2BBD12D08F766733624EDC<br>File Hash:<br>0FD586D9FDE069E2057CA6E01C0F80DFAC14DBAC60EF195747AEDAE1DD46B9A1 | 11-22-2022 01:42:28 | Blacked | 11-19-2022 | 12-11-2022 | PA0002384693 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 48 | Info Hash: 324688AD05A5C64445328FA68396E15D957E9A18<br>File Hash:<br>0B9046D2740F96449457BCD7AF4D8D1E8CDFD21293994027FC9B54D2B20ECBC4 | 11-17-2022 13:51:53 | Blacked Raw | 11-15-2022 | 12-11-2022 | PA0002384724 |
| 49 | Info Hash: AEFD8C96FBBC036F1D063B6B23B43F9477353517<br>File Hash:<br>EE6D3A7416A35819B284D2557182822A17F9F062B392DAC5EBC6246772A0ACB8 | 11-16-2022 04:19:46 | Tushy | 11-13-2022 | 12-11-2022 | PA0002384758 |
| 50 | Info Hash: 18AC2F286D50E7D1B5B0CCB051B7955FB1D0CA68<br>File Hash:<br>5837E4717E3F682DF5B7F6358965F8503679F2D0E21A872D543723DD22327963 | 11-15-2022 03:53:59 | Vixen | 11-11-2022 | 12-11-2022 | PA0002384688 |
| 51 | Info Hash: 3D4A41E47421D8895C5B298A3CFCFD9872037554<br>File Hash:<br>9EF93F9D28449EEEFAEA7A502C032E64886E7A46D0F64C629587970B222D6461 | 11-13-2022 20:54:54 | Blacked Raw | 11-10-2022 | 01-27-2023 | PA0002393082 |
| 52 | Info Hash: 25926D761E3DFF088836348DB09EB891AD042E5F<br>File Hash:<br>7805AB0AAFCADA29A8F36D2645B3F5E19CEF6E37BA87243AD3571B1B979313BD | 11-08-2022 12:41:31 | Blacked Raw | 11-05-2022 | 12-11-2022 | PA0002384735 |
| 53 | Info Hash: 64B1CF36E0BBEFE524F9B00D3AB3C4CEE30A32D1<br>File Hash:<br>E8D4C642319F403863E24B67B627565E176F423D267D0D2BD62D15D320E71989 | 11-06-2022 07:27:51 | Vixen | 11-04-2022 | 12-11-2022 | PA0002384755 |
| 54 | Info Hash: 3CC0DA79D3ADEED3996E1BF451BD03CE139AF252<br>File Hash:<br>E10FEDAF4F7AC9AD10B102BBC8AEC0862AE60F1B17EB17809768F783FED2F873 | 10-31-2022 23:14:01 | Blacked | 10-29-2022 | 01-06-2023 | PA0002394016 |
| 55 | Info Hash: 682D79A7F73EA01603A66FD5B30ADA2CE9B25386<br>File Hash:<br>490D016CB5923F966A135C3E7F174EA5A1E269E18C73F43233A5E37303BEF2CC | 10-30-2022 09:12:34 | Vixen | 10-28-2022 | 12-11-2022 | PA0002384773 |
| 56 | Info Hash: 809B162C22ABD37CD07C346DAA103D0C42B20F6E<br>File Hash:<br>0D4CB5EDAEC9B40F128E11CB047013FC8D3770060726FE0BD6D2723141B74580 | 10-25-2022 02:31:41 | Blacked | 10-22-2022 | 10-31-2022 | PA0002377820 |
| 57 | Info Hash: E50BD1CB3ACC48401B3791C2B069C93C3AF8D311<br>File Hash:<br>BA77C9FD83CFB2B241E063CBC7AF668D4D583FC5C2854C0F22CB85F4245BEDA2 | 10-15-2022 00:27:53 | Blacked Raw | 10-11-2022 | 10-31-2022 | PA0002377831 |
| 58 | Info Hash: 08BC68EF51C5EB6F56773693E048F280F7B204EC<br>File Hash:<br>B44CD6C499FA5820351EDD055B5670CAB8DFECB3A28C03A5D5EB7552AFAE3659 | 10-09-2022 20:00:32 | Vixen | 10-07-2022 | 11-24-2022 | PA0002389323 |
| 59 | Info Hash: FFFE9C9D589325A8374DF451BD1E5E192F24A65E<br>File Hash:<br>F8BE65077EF499A14FE05A54CB212223879694760FDA640B99FBAE138D0D939D | 10-05-2022 23:53:58 | Tushy | 10-02-2022 | 11-27-2022 | PA0002388605 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 60 | Info Hash: CF5DC9FD8B1F6682C5920AA75F45EDB3CA73AD94<br>File Hash:<br>7D9D1E6A896F5E485BD2FC26F0EDAD47640CB05006BEE7FC085D619F38425EF0 | 10-01-2022 00:42:52 | Slayed | 05-03-2022 | 06-09-2022 | PA0002361668 |
| 61 | Info Hash: CC16D8069A00533E154BE945252392C5B6D09FE6<br>File Hash:<br>3AC6ED60709233778F4852EA70622A51EB9F9EC6F75A0BE109859A92F7F984BE | 09-26-2022 22:44:38 | Blacked | 09-24-2022 | 10-05-2022 | PA0002373769 |
| 62 | Info Hash: 08F5E1679A80DB67D5969A52F2173024451310BA<br>File Hash:<br>ECFDDEEA7018AAD90C9B083E1268FCA9C78A2E4E5EF5C08E018366E68033982C | 09-21-2022 07:35:18 | Blacked | 09-17-2022 | 10-05-2022 | PA0002373760 |
| 63 | Info Hash: 66D527C365670EDF61C2A482409620BC7C1BBDE9<br>File Hash:<br>1263A1E30ADE26D6F59029BB5CEB791A927E5514B7A51C793B9D427C9CBEFD11 | 09-21-2022 04:35:13 | Blacked Raw | 09-16-2022 | 10-05-2022 | PA0002373764 |
| 64 | Info Hash: AE387A2D8AB71715A10150CCB9B59C1224E884D1<br>File Hash:<br>E0DB68EE874472ADD7F1FCC02D747B705B47321C34476CAC34DCAC066C4DA80E | 09-18-2022 16:47:51 | Vixen | 09-16-2022 | 10-05-2022 | PA0002373762 |
| 65 | Info Hash: 3E9B6DAF76D1775499EB38EE577432A26C722F33<br>File Hash:<br>F5B087C2B30BE442FD4B044E2D6197E5B9D3FD3FE4CDC070200E7800B7BAF79E | 09-16-2022 19:24:03 | Slayed | 03-29-2022 | 04-21-2022 | PA0002353060 |
| 66 | Info Hash: 7BBC39AE1CD499ED2927D65025308FA6BBCC8CC7<br>File Hash:<br>6139CD3FAAC442B2017AB8DB03AE429B9661A094B6C8C2AF123BF915DAAEC6FF | 09-14-2022 06:30:33 | Tushy | 09-11-2022 | 10-05-2022 | PA0002373765 |
| 67 | Info Hash: ED99218F6A7C875FEBDC9EC005FA0AB5A72C9A99<br>File Hash:<br>D0E1FB5600B6717E307457FB2A14B12B46EAA9A643062D9AF76A95D57134D893 | 09-12-2022 01:46:11 | Blacked | 07-09-2018 | 08-07-2018 | PA0002131818 |
| 68 | Info Hash: D595EB5BD188A2A9447FF16D585FA7FF252DF980<br>File Hash:<br>920EA4A449CA035EC66952C02B5BB120EBB6360EED827737253AFD22D632885E | 09-12-2022 01:42:14 | Blacked | 10-02-2018 | 10-16-2018 | PA0002127785 |
| 69 | Info Hash: 2FFC54C8C08F786009539D71232FF518E6B929CD<br>File Hash:<br>E2036073A71E13EDD9FE9019909C7E242C68781B9EA447CAFECD4D9FBD55508C | 09-12-2022 01:20:51 | Blacked | 11-01-2018 | 11-25-2018 | PA0002136644 |
| 70 | Info Hash: A4D740048B2F6B92372354BA6C770CC6AFCC786B<br>File Hash:<br>9A5459E9729C934E53BC2A8D78BB1B0A29A01B2655A39238FF87B6D0DED01BDD | 09-01-2022 02:00:14 | Blacked Raw | 08-27-2022 | 10-31-2022 | PA0002377814 |
| 71 | Info Hash: 95505D61714FFB8D1CAF8705030B81CE51F3A19B<br>File Hash:<br>B8AA21BB37C16CA8759EC603E9F67A617F87E4373D6AFD1C83300B78A7ED257E | 08-29-2022 23:55:18 | Blacked | 08-27-2022 | 10-05-2022 | PA0002373768 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 72 | Info Hash: 4E964428DEB915A1DC86F43132A06FA93AE1E874<br>File Hash: 4268AA1B849B28E5B34F350C559C6C54A9A6D54F3597AB8BEC00FEAE56606CA1 | 08-25-2022 07:18:55 | Blacked Raw | 08-22-2022 | 08-30-2022 | PA0002367731 |
| 73 | Info Hash: FF479F0B9AA4192F65996AD401E0C01D907EB2A8<br>File Hash: E3D74E170C07AFFCC18B051FE7F5E2F6C0E1053CB9609C08E550D1652F992792 | 08-15-2022 23:18:02 | Blacked | 08-13-2022 | 08-30-2022 | PA0002367729 |
| 74 | Info Hash: EFEA64CC077DAA923A5387E947E7E2873D4DBE86<br>File Hash: E8CE0044F96CD53B5184038B4FCC4FCE462254473E50C0C6BF5D0F30F5B51C2F | 08-15-2022 02:25:47 | Vixen | 08-12-2022 | 08-30-2022 | PA0002367721 |
| 75 | Info Hash: D4BFBEC367B732FD71C1F8FA881CA886D398AE82<br>File Hash: EAC0D5384703C3B5BFC4C3D9F8F9A4592CAA33A1160B36BBC6BF9FB0A7CDAFEB | 08-10-2022 21:11:31 | Blacked Raw | 08-08-2022 | 08-30-2022 | PA0002367749 |
| 76 | Info Hash: 1B3B3BC2BB18B4C7ADEC515B6732016840D3D0CD<br>File Hash: CACF18E2DC378BAD06F585BB8F0610154FD622FC400AC394A433538169BB31F8 | 08-10-2022 03:20:00 | Tushy | 08-07-2022 | 08-29-2022 | PA0002367740 |
| 77 | Info Hash: CB999AD6905ADE27539D098D6E5F905E209A99A5<br>File Hash: BD9BB71EB5E28200D80C6CC59BEB55DA5725E96B22D716320B7738B587666FAE | 08-08-2022 05:49:39 | Blacked | 08-06-2022 | 08-29-2022 | PA0002367714 |
| 78 | Info Hash: F479C4A5C3E95842E42695B00EDBF56D60FAE38E<br>File Hash: 1A2F18F12977ABE29EE98565773960936C4EB9655BC825B1AF0116C07C1883A2 | 08-03-2022 13:07:19 | Blacked Raw | 08-01-2022 | 08-29-2022 | PA0002367736 |
| 79 | Info Hash: 9B4DCD916C8802AE45D628D849DA1841B38384A4<br>File Hash: EA03D8352F801AC2F71FAFDD3A1BEA72E6CD0AC50C93500C323134F1F14CB6CD | 08-02-2022 01:25:46 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 80 | Info Hash: A40DF68983F9217C0A1255D2C78B47A5899FF5D8<br>File Hash: 9843E929426D39E6EB414B348793707115627A3953C56B6CA9BE1184366059B3 | 07-27-2022 00:44:08 | Tushy | 07-24-2022 | 08-29-2022 | PA0002367746 |
| 81 | Info Hash: E96BD42DF44AE49A4344549E6CCC5071C9AF4F22<br>File Hash: EB09307B53BFBD19B9321F7DFA1F3ACB1CF58C6B2BBDCCA046D13B8EF00FD72E | 07-24-2022 22:19:26 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 82 | Info Hash: 2449483BE6EA802A3EA1CEC474394619355169B8<br>File Hash: CE872CB85CE5B80A49D14DDC065EB78E031CB62CE51C24A210A69FACAB14ECF0 | 07-19-2022 01:26:02 | Blacked | 07-16-2022 | 07-22-2022 | PA0002359474 |
| 83 | Info Hash: C3016B5738BA7A00BEEEEC4D19773A23ABEF1F4D<br>File Hash: C514DCAC5CF7B4BDCE2DED02FC6C96B0D9B90444F60B7EB1A1EDCB8FB2AC34BB | 07-18-2022 02:41:02 | Vixen | 07-15-2022 | 07-22-2022 | PA0002359477 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 84 | Info Hash: 3102B6DFFCD43CC7C74E98E8055B038649848219<br>File Hash:<br>A5709752AF814C8F27C00ED954CC93B5B156FD19CC1DE6BE2714F3FEE2F1306D | 07-13-2022<br>01:41:34 | Blacked | 07-09-2022 | 07-22-2022 | PA0002359462 |
| 85 | Info Hash: E0DCFAEC690E3346CA5EEA67A773FD1312B673EF<br>File Hash:<br>E1C49A1B45573BA85036DB8188E6A0C13D3B4A3F1ABD5766A749EFA29AAB49C7 | 07-06-2022<br>12:55:45 | Blacked Raw | 07-04-2022 | 07-22-2022 | PA0002359466 |
| 86 | Info Hash: BB95EC80CF17BB392877E5DC0B8860C0E633F347<br>File Hash:<br>EFF62B900B809890F9950628D675163ECB5B84B750F9DFBEE2235328637E8052 | 07-06-2022<br>01:45:18 | Blacked | 06-25-2022 | 07-22-2022 | PA0002359471 |
| 87 | Info Hash: 9877EFF0953B98E8650F7B521EF4E9BC261B4428<br>File Hash:<br>026680267996E12D5CE8B7C28102661411EFF82513B10F46D0624447BE2A298B | 07-01-2022<br>11:35:31 | Slayed | 02-08-2022 | 03-04-2022 | PA0002345794 |
| 88 | Info Hash: EBA4661983A4F2B1A9ADE564FE0123921F6BA68C<br>File Hash:<br>42D8E9DBE0FCA43313268BBBA36EB61AFF69F2D430EA7C6A85499179D7FF1490 | 06-29-2022<br>12:36:29 | Blacked Raw | 06-27-2022 | 07-22-2022 | PA0002359465 |
| 89 | Info Hash: 3A93A8841E1C5830F2E63CB2EBE2CBD106D5C162<br>File Hash:<br>44EC520BB4F7CDA797E459AF64816E53AC8791FFDF8CE7526174BE7EC441F3EA | 06-26-2022<br>06:35:30 | Vixen | 06-24-2022 | 07-22-2022 | PA0002359475 |
| 90 | Info Hash: 45BD7EB6EC3A335403A10A66A52919DBE8FD0208<br>File Hash:<br>47593DA825F7E009DDDAFC9CE9441BCF2700161C4B34D88DAB2AD0E59273C81B | 06-24-2022<br>13:00:01 | Blacked | 02-14-2020 | 03-18-2020 | PA0002241448 |
| 91 | Info Hash: 8B8121EFC83C05C064E4AFE61514F97F1604B993<br>File Hash:<br>C6A8635515B6718F3700916B7E6206D733C91000AEB4A967E4205BAFBCF09549 | 06-24-2022<br>12:53:21 | Blacked Raw | 06-20-2022 | 08-10-2022 | PA0002370905 |
| 92 | Info Hash: 1A7EFE8DE6D3D7230BA26B1FA8A3A2E2D99B9A37<br>File Hash:<br>C5CA4C0103457501E236152ABB6C920E33AD6F566EFF9053DD9A9E9EA4D851E8 | 06-24-2022<br>12:47:20 | Slayed | 02-01-2022 | 03-04-2022 | PA0002345792 |
| 93 | Info Hash: B684D912DED0DB67DC0600B0A0C2B2320218C5DB<br>File Hash:<br>E27F873E99C5DDABB1173F1DA79D05D33ED02DAF04BCDD97ED6996D9D33915D8 | 06-21-2022<br>12:36:00 | Tushy | 06-19-2022 | 08-10-2022 | PA0002370907 |
| 94 | Info Hash: CAB0863EADD1AE347B01F525A860F6F5C5A8706C<br>File Hash:<br>08E745410D7E4EC8A526DC1F461741BCF09286E82A83DD54BF6D3DAC0A613817 | 06-21-2022<br>12:30:04 | Blacked | 06-18-2022 | 06-27-2022 | PA0002355032 |
| 95 | Info Hash: 38420ECBE7E43FCC35D5BD9E4114CF6BF9D1E08B<br>File Hash:<br>B1F63F1C99245E9C5A34C57148DDFC6761083F67D3C8DDA827A0002FEFFDA637 | 06-19-2022<br>14:12:42 | Vixen | 06-17-2022 | 06-27-2022 | PA0002355040 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 96 | Info Hash: EB1E1B1661E39DAFA90418E316B6940C6241C3F0<br>File Hash:<br>BD8305737DDD28F7CCF34148F65099C767B61F0E24EB591A9496FD9FF0FFC5CB | 06-16-2022<br>22:53:20 | Slayed | 01-25-2022 | 02-03-2022 | PA0002341780 |
| 97 | Info Hash: CD7D25C3900AE0E2E114B84C82DA36C3B738317B<br>File Hash:<br>A30FCA11636BE9413DBAFD32CF7BFA98AB4F4A541DF3AFAC6B65482197348332 | 06-16-2022<br>22:34:47 | Blacked Raw | 06-13-2022 | 06-27-2022 | PA0002354983 |
| 98 | Info Hash: 5FDBEEB4EE337BA07022153E99BCDF6145CB57F4<br>File Hash:<br>524E654EE5C3D44361D59078F6C3A9825CADA6DB30888F1ACC29B449E6423A5B | 06-16-2022<br>04:20:40 | Blacked | 08-23-2019 | 09-11-2019 | PA0002199989 |
| 99 | Info Hash: 15CB885D6AA92500ECF4FC37630A10CBBE5A6A3C<br>File Hash:<br>EE56C81F2B4A0EDE5614B55DFDBF70E8EB8E2C779103E227B3C91148FAA539CA | 06-15-2022<br>22:32:21 | Vixen | 06-10-2022 | 06-27-2022 | PA0002354995 |
| 100 | Info Hash: E946AC27F9A70B3A0BE5EA90303BB336A3D07767<br>File Hash:<br>3C0804AB6C1362F67D269B58D91FB7A4841C2576A0331E5FEE32235A60EBB186 | 06-15-2022<br>02:25:07 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 101 | Info Hash: 16617922850097731287FF6D78415BAB4518093D<br>File Hash:<br>EFE8E506427B8ED56EB6E6F75C20485DF65EAB36AA7424130FBC3EA75472D230 | 06-15-2022<br>02:20:24 | Tushy | 06-12-2022 | 06-27-2022 | PA0002354982 |
| 102 | Info Hash: CC6FD2CDD1BBD80DA3E1C3ABD7A2C61515FE51FA<br>File Hash:<br>51E2C76F74623077DC336A55361BBBFE5CD9AE9313A1FF46B8A85CD385B91A08 | 06-09-2022<br>00:10:58 | Blacked Raw | 06-06-2022 | 06-27-2022 | PA0002355038 |
| 103 | Info Hash: 12A47D1732EF0ABDB92E22C0EEA8640B6DF89E38<br>File Hash:<br>4EE2F0D3F118432A17C855C11C38E91149515AED1EF422F2030D79F02A9C76B6 | 06-06-2022<br>02:00:23 | Vixen | 06-03-2022 | 06-27-2022 | PA0002354958 |